State vs. People's Debenture Co., Ltd.

No. 13,114.

STATE OF LOUISIANA EX REL. THE NEW ORLEANS DEBENTURE REDEMP-
TION COMPANY OF LOUISIANA, LIMITED, VS. THE JUDGE OF THE
CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS,
DIVISION "C."

$O$N APPLICATION for writs of *certiorari* and prohibition.

*J. F. Pierson* for the Relator.

Respondent Judge *pro se.*

*M. J. Cunningham,* Attorney General, (*F. E. Rainold* and *Stifft
and Madison,* of Counsel), for M. J. Cunningham, Attorney General,
also Respondent.

*Stifft and Madison* and *F. E. Rainold* for August M. Benedict, Li-
quidator, also Respondent.

Submitted on briefs March 20, 1899.
Opinion handed down June 29, 1899.

The opinion of the court was delivered by

NICHOLLS, C. J.   The decisions rendered by this court in the matter
of the State of Louisiana vs. (No. 13,116) The New Orleans Deben-
ture Redemption Company, Limited, and, In the Matter of the State
of Louisiana vs. The New Orleans Redemption Company, Limited,
having affirmed the judgment of the District Court, in so far as it
annulled the charter of the New Orleans Debenture Redemption Com-
pany of Louisiana, Limited, and annulled the order of the District
Court appointing a receiver to that company setting at large all mat-
ters touching and connected with the matter of said receivership,
there is no longer any necessity for our acting upon the application
herein made.

For the reason assigned, it is ordered that the order and writs
hereinbefore issued be set aside and relators' application herein is de-
nied.

Mr. JUSTICE MONROE takes no part in the case here as he decided it
in the court of first instance.